IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                    )
                                          )
DEBBIE ANN DENNING                        )        Case No. 3:08-bk-00218
                                          )        Chapter 13
                                          )        Judge Randal S Mashburn
                                          )
         Debtor(s)                        )
                                          )

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS TO CREDITOR/CLAIMANT

The motion filed by Larry B. Hoover, as local counsel for The Locator Services Group Ltd., Attorney-in-Fact for HSBC Finance Corporation, on behalf of its subsidiary, HSBC Auto Finance, Inc., for the withdrawal of funds paid into the Court Registry comes for consideration. The Court finds that the Claimant has complied with LBR 3011-1, and in accordance with 28 U.S.C. 2041 et. seq. noticed the required parties: The United States Attorney, United States Trustee, Debtor, Debtor's Attorney, Trustee and Creditor. The Court having considered the motion directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C.347 for the benefit of and waiting the request of the Claimant in the amount of $2,749.84 be granted and that the claimant is entitled to the sum of $2,749.84 (representing

individual dividends in the amounts of $1,275.30 and $1,474.54) deposited by the United States Bankruptcy Court for the Middle District of Tennessee. It is accordingly,

ORDERED, that pursuant to 28 USC 2041 and 28 USC 2042, the Bankruptcy Clerk for the Middle District of Tennessee, shall pay from the Registry of the Court the unclaimed monetary sum of $2,749.84 to the order of:

> HSBC Finance Corporation
> c/o The Locator Services Group Ltd.
> 280 Summer Street, Suite 701
> Boston, MA 02210

# # #

SUBMITTED FOR ENTRY:

*/s/ Larry B. Hoover*
Larry B. Hoover, Esq., # 15475
Hoover Law Offices
1222 16th Avenue South
Nashville, TN 37212
Ph: (615) 690-3125